RANDY J. HARVEY (SBN 255808)
RANDY J. HARVEY, P.C.
1415 L Street, Ste. 1000
Sacramento, California 95814
Telephone: (916) 469-9120
Facsimile: (916) 307-5163

Attorney for Plaintiffs
ALBERT & MARY NELSON

GARY R. BASHAM (SBN 130119)
KELLEY S. KERN (Bar No. 221265)
BASHAM PARKER LLP
701 University Avenue, Suite 220
Sacramento, California 95825
Telephone: (916) 925-5850
Facsimile: (916) 925-5854

Attorneys for Defendants
NORMAN JACOBSON REALTY RESOURCES,
INC., NORMAN JACOBSON, CESAR FONG and
MICHAEL SCHEIDE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT & MARY NELSON<br><br>Plaintiff,<br><br>v.<br><br>NORMAN JACOBSON REALTY RESOURCES, INC., NORMAN JACOBSON, CEASAR FONG, MICHAEL SCHIEDE, and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 2:09-cv-02034-JAM-EFB<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME FOR INDIVIDUAL DEFENDANTS TO RESPOND TO PLAINTIFFS' VERIFIED COMPLAINT** |

Pursuant to Local Rule 6-144 (a), Plaintiffs Albert & Mary Nelson and Defendants NORMAN JACOBSON, CESAR FONG and MICHAEL SCHEIDE, by and through their respective attorneys of record, stipulate as follows:

1. One extension of time has been previously obtained.

2. Plaintiffs' Complaint fails to establish which Cause of Action applied to which Defendant.

---

1

Stipulation for Extension of Time for Individual Defendants to File Response to Plaintiffs' Verified Complaint
Case No. 2:09-cv-02034-JAM-EFB

PDF created with pdfFactory trial version www.pdffactory.com

3. Corporate Defendant NORMAN JACOBSON REALTY RESOURCES, INC., will file its Answer, responding to all Causes of Action, by the current August 12, 2009 deadline.

4. Plaintiffs agree to clarify which Causes of Action apply to each individual Defendant no later than August 17, 2009.

5. Defendants NORMAN JACOBSON, CESAR FONG AND MICHAEL SCHEIDE are granted an extension until August 26, 2009 to respond or otherwise plead reference to Plaintiff's complaint.

6. Defendants NORMAN JACOBSON, CESAR FONG AND MICHAEL SCHEIDE's responses will be due no later than August 26, 2009.

IT IS SO STIPULATED.

Dated: August ___, 2009            RANDY J. HARVEY, P.C.

By: _____
RANDY J. HARVEY

Attorney for Plaintiffs
ALBERT AND MARY NELSON

Date: August ___, 2009             BASHAM PARKER LLP

By: _____
GARY R. BASHAM
KELLEY S. KERN

Attorneys for Defendants
NORMAN JACOBSON REALTY RESOURCES, INC., NORMAN JACOBSON, CESAR FONG AND MICHAEL SCHEIDE

2
Stipulation for Extension of Time for Individual Defendants to File Response to Plaintiffs' Verified Complaint
Case No. 2:09-cv-02034-JAM-EFB

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Having reviewed the Stipulation of the parties, and good cause appearing:

IT IS HEREBY ORDERED THAT the Plaintiffs clarify which Causes of Action in their Complaint are directed against which individual Defendants no later than August 17, 2009.

IT IS FURTHER HEREBY ORDERED THAT the individual Defendants, NORMAN JACOBSON, CESAR FONG AND MICHAEL SCHEIDE are granted an extension until August 26, 2009 to respond or otherwise plead reference to Plaintiff's complaint.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: August 11, 2009            /s/ John A. Mendez_____
                                 Hon. John A. Mendez
                                 UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com