Randy J. Harvey; CSB# 255808
RANDY J. HARVEY, P.C.
1415 L. Street, Ste 1000
Sacramento, California 95814
Telephone: 916-469-9120
Facsimile: 916-307-5163
Randy.harvey @comcast.net

Attorney for Albert and Mary Nelson

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Albert and Mary Nelson,

    Plaintiffs,

vs.

Norman Jacobson Realty Resources Inc., Norman Jacobson, Caesar Fong, Michael Schiede, and Does 1-10,

    Defendants.

Case No.:  2:09-CV-02034-JAM-EFB

**ORDER TO WITHDRAW AS COUNSEL FOR PLAINTIFFS**

**DATE: June 2, 2010**
**TIME: 9:30am**
**COURTROOM: Number 6**

    The motion of Randy J. Harvey for withdrawal as counsel for plaintiffs, Albert and Mary Nelson came on for hearing before this Court, Randy J. Harvey appearing for plaintiffs, and Basham Parker LLP appearing for defendants.  After consideration of the briefs and arguments of counsel, and all other matters presented to the Court, IT IS HEREBY ORDERED that Mr. Randy Harvey's motion for withdrawal as counsel is GRANTED.

DATED:   June 3, 2010

                                 /s/ John A. Mendez
                                 United States District
                                 Judge John A. Mendez

NOTICE OF MOTION,ORDER,MEMORANDUM AND DECLARATION