GARY R. BASHAM (SBN 130119)
KELLEY S. KERN (SBN 221265)
BASHAM PARKER LLP
701 University Avenue, Suite 220
Sacramento, California 95825
Telephone: (916) 925-5850
Facsimile: (916) 925-5854

Attorneys for Defendants
NORMAN JACOBSON REALTY RESOURCES, INC., NORMAN JACOBSON, CESAR FONG and MICHAEL SCHEIDE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT & MARY NELSON<br><br>    Plaintiff,<br><br>    v.<br><br>NORMAN JACOBSON REALTY RESOURCES, INC., NORMAN JACOBSON, CEASAR FONG, MICHAEL SCHIEDE, and DOES 1 to 10, inclusive,<br><br>    Defendants. | Case No. 2:09-CV-02034-JAM-KJN<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS COMPLAINT BY MARY NELSON**<br><br>Date:  June 2, 2010<br>Time:  9:30 a.m.<br>Courtroom: 6<br><br>Complaint Filed:  June 17, 2009<br>Trial Date:  January 31, 2010 |

DEFENDANTS NORMAN JACOBSON REALTY RESOURCES, INC., NORMAN JACOBSON, CESAR FONG and MICHAEL SCHEIDE'S ("Defendants") Motion to Dismiss Complaint ("Complaint") by Plaintiff Mary Nelson ("Plaintiff") came on regularly for hearing before this Court on June 2, 2010, in Courtroom 6, the Honorable John A. Mendez presiding.

After consideration of the moving papers and no opposition papers having been filed, the oral argument of counsel, and all other matters presented to this Court, IT IS HEREBY ORDERED that due to the Plaintiffs' failure to file a Motion for Substitution pursuant to Federal Rule of Civil Procedure ("FRCP") 25(a), Defendants' Motion to Dismiss Complaint by Plaintiff Mary Nelson is GRANTED.

PDF created with pdfFactory trial version www.pdffactory.com

1  IT IS SO ORDERED.

2

3  Dated: June 3, 2010                                        /s/ John A. Mendez
                                                              HON. JOHN A. MENDEZ
4                                                             UNITIED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com