GARY R. BASHAM (Bar No. 130119)
KELLEY S. KERN (Bar No. 221265)
BASHAM PARKER LLP
701 University Avenue, Suite 220
Sacramento, California 95825
Telephone: (916) 925-5850
Facsimile: (916) 925-5854

Attorneys for Defendants
NORMAN JACOBSON REALTY RESOURCES,
INC., NORMAN JACOBSON, CEASAR FONG,
MICHAEL SCHEIDE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT & MARY NELSON | Case No. 2:09-CV-02034-JAM-EFB |
| Plaintiff, | **DEFENDANTS' SUBSTITUTION OF ATTORNEY AND ORDER** |
| v. | |
| NORMAN JACOBSON REALTY RESOURCES, INC., NORMAN JACOBSON, CEASAR FONG, MICHAEL SCHEIDE, and DOES 1 to 10, inclusive, | Complaint Filed:   June 17, 2009<br>Trial Date:   None set |
| Defendants. | |

THE COURT AND ALL PARTIES ARE NOTIFIED THAT NORMAN JACOBSON REALTY RESOURCES, INC., NORMAN JACOBSON, CEASAR FONG, MICHAEL SCHEIDE make the following substitution:

**Former Legal Representative**:   Basham Parker, LLP

**New Legal Representative**:   Basham Law Group

Gary R. Basham, Basham Law Group, 701 University Ave., Suite 220, Sacramento, California 95825, (916) 282-0841.

I consent to this substitution.

Date:_____   _____
Norman Jacobson, President
For Norman Jacobson Realty Resources, Inc.

1
Defendants' Substitution of Attorney and [Proposed] Order
Case No. 2:09-CV-02034-JAM-EFB

PDF created with pdfFactory trial version www.pdffactory.com

I consent to this substitution.

Date:_____  _____
Norman Jacobson

I consent to this substitution.

Date:_____  _____
Cesar Fong

I consent to this substitution.

Date:_____  _____
Michael Scheide

I consent to this substitution.

Date:_____  _____

Gary R. Basham
Basham Parker, LLP

I consent to this substitution.

Date:_____  _____
Gary R. Basham
Basham Law Group

**IT IS SO ORDERED:**

Date:  November 5, 2010    /s/ John A. Mendez_____
U.S. District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com