1  GARY R. BASHAM (Bar No. 130119)
   KELLEY S. KERN (Bar No. 221265)
2  BASHAM LAW GROUP
   701 University Avenue, Suite 220
3  Sacramento, California 95825
   Telephone:  (916) 993-4840
4  Facsimile:  (916) 993-4849

5  Attorneys for Defendants
   NORMAN JACOBSON REALTY RESOURCES,
6  INC., NORMAN JACOBSON, CEASAR FONG,
   MICHAEL SCHEIDE

7

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 ALBERT & MARY NELSON                  | Case No.  2:09-CV-02034-JAM-EFB
                                         |
12         Plaintiff,                    | **STIPULATION OF DISMISSAL AND
                                         | ORDER THEREON**
13     v.                                |
                                         |
14 NORMAN JACOBSON REALTY RESOURCES,     | Complaint Filed:   June 17, 2009
   INC., NORMAN JACOBSON, CEASAR FONG,   | Trial Date:        None set
15 MICHAEL SCHIEDE, and DOES 1 to 10,    |
   inclusive,                            |
16                                       |
           Defendants.                   |

17

18         Pursuant to a settlement agreement between Plaintiff ALBERY NELSON and

19 Defendants NORMAN JACOBSON REALTY RESOURCES, INC., NORMAN JACOBSON,

20 CEASAR FONG, and MICHAEL SCHIEDE, and pursuant to FRCP 41(a)(1)(ii), the Parties

21 request that the entire case against Defendants NORMAN JACOBSON REALTY RESOURCES,

22 INC., NORMAN JACOBSON, CEASAR FONG, and MICHAEL SCHIEDE be dismissed with

23 prejudice.

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

PDF created with pdfFactory trial version www.pdffactory.com

**IT IS SO STIPULATED.**

Date: March 7, 2011          BASHAM LAW GROUP

By: */s/ Kelley S. Kern*
 GARY R. BASHAM
 KELLEY S. KERN

Attorneys for Defendants
NORMAN JACOBSON REALTY
RESOURCES, INC., NORMAN JACOBSON,
CEASAR FONG, and MICHAEL SCHIEDE

Date: March 7, 2011          IN PRO PER

By: */s/ Albert Nelson*
 ALBERT NELSON, Plaintiff

## **ORDER**

IT IS HEREBY ORDERED that the entire Complaint in Case No. 2:09-CV-02034-JAM-EFB is dismissed with prejudice as to all Defendants.

Dated: March 7, 2011          /s/ John A. Mendez

UNITED STATES DISCTRICT JUDGE

2
Stipulation and [Proposed] Order Re Dismissal
Case No. 2:09-CV-02034-JAM-EFB

PDF created with pdfFactory trial version www.pdffactory.com